

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00100-CR

| | | |
|---|---|---|
| Ex parte Andre Derosier | § | From the 367th District Court |
| | § | of Denton County (F-2002-0330-E) |
| | § | October 29, 2015 |
| | § | Opinion by Justice Meier |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and this case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that the State of Texas shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
      Justice Bill Meier